### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

**CHRISTINA LIVINGSTON,**

        **Plaintiff,**

**v.**                              **Case No. 2:21-CV-00853-KG-KRS**

**M1 SUPPORT SERVICES LP,**
**KEVIN FOSBURGH, and DAVID WADE,**

        **Defendants.**

### ORDER MODIFYING EXISTING SCHEDULING ORDER

THIS MATTER came before the Court upon the parties' Joint Motion for Modification of Scheduling Order, filed in this matter on March 6, 2023. (Doc. 38). The Court having considered the Motion and otherwise being sufficiently advised, find that the Motion is well taken.

IT IS HEREBY STIPULATED between the parties, by their respective counsel, that the deadline for the expiration of discovery as prescribed in the Court's Order issued on February 7, 2023, (Doc. 37), should be extended as follows:

**Termination of Discovery: March 24, 2023**

IT IS SO ORDERED.

_Kevin Sweazea_
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:
By:_/s/_
Steven K. Sanders
820 Second Street NW
Albuquerque, NM 87102
(505) 243-7170
stevenksanders@aol.com
**Attorney for Plaintiff**

JACKSON LEWIS P.C.

By: */s/Danny W. Jarrett*
    Danny W. Jarrett
800 Lomas Blvd. NW, Suite 200
Albuquerque, NM 87102
(505) 878-0515
Danny.Jarrett@jacksonlewis.com

Mehreen Mazhar
*(Admitted Pro Hac Vice*)
Jackson Lewis P.C.
500 N. Akard Street, Suite 2500
Dallas, TX 75201
(214) 520-2400
Mehreen.Mazhar@jacksonlewis.com
**Attorneys for Defendants**