IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINA LIVINGSTON,

    Plaintiff,

v.                                               Case No. 2:21-CV-00853-KG-KRS

M1 SUPPORT SERVICES LP,
KEVIN FOSBURGH, AND DAVID WADE,

    Defendants.

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

THIS MATTER comes before the Court on the Parties' Joint Motion to Dismiss with Prejudice. The Court finds that the Parties' Joint Stipulation is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that all causes of action against Defendants M1 Support Services LP, David Wade, and Kevin Fosburgh, be dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

JACKSON LEWIS P.C.

By: */s/Danny W. Jarrett*
Danny W. Jarrett
500 Marquette Ave NW, Suite 1050
Albuquerque, New Mexico 87102
(505) 878-0515
Danny.Jarrett@jacksonlewis.com

Mehreen Mazhar
(Admitted Pro Hac Vice)
Jackson Lewis P.C.
500 N. Akard Street, Suite 2500
Dallas, TX 75251
(214) 520-2400
Mehreen.Mazhar@jacksonlewis.com
**Attorneys for Defendants**

APPROVED BY:

STEVEN K. SANDERS & ASSOCIATES, LLC

By: *Approved Via E-Mail 6/29/2023*
       Steven K. Sanders
820 Second Street NW
Albuquerque, NM 87102
(505) 243-7170
stevenksanders@aol.com
**Attorney for Plaintiff**